In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of JACOB H. SIELBERMAN and RAYMOND DAVIS, Attorneys and Counselors at Law.— In view of the granting of the motion to amend the petition herein, decided herewith, the report of the official referee on the original petition will be considered together with a report on the amendments to the petition. Present — Lazansky, P. J., Young, Adel and Taylor, JJ. Motion to amend the petition by adding further charges thereto granted, and said further charges are referred to Hon. Norman S. Dike, official referee, to hear and to report with his opinion. Present — Lazansky, P. J., Carswell, Davis, Johnston and Adel, JJ.

In the Matter of the Application of WILLIAM SPARAGO, an Attorney at Law, for an Order Amending the Name of Another Attorney of Similar Name on the Roll of Attorneys of This Court.— The motion to amend the roll of attorneys of this court so as to provide that William Sparago, who was admitted to practice as an attorney and counselor at law on July 3, 1934, be designated therein as William J. Sparago, is granted pursuant to the stipulation dated December 2, 1936. Present — Lazansky, P. J., Carswell, Davis, Johnston and Adel, JJ.

ANNA KNIGHT, Appellant-Respondent, v. THE CITY OF NEW YORK, Respondent-Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Davis, Johnston and Adel, JJ.

JAMES KOPERNICK, Respondent, v. THE JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY OF BOSTON, MASS., and JAMES H. MALONE, Appellants.— Motion of plaintiff-respondent to vacate stay granted. Motion of defendants-appellants for leave to reargue the motion for leave to appeal to the Court of Appeals, or, in the alternative, for leave to appeal to the Court of Appeals, denied. Motion for reargument of the appeal denied, with ten dollars costs. Present — Lazansky, P. J., Carswell, Davis, Johnston and Adel, JJ.

LANDOW & CO., INC., Respondent, v. SAMUEL L. SOLOMON, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Adel, JJ.

GEORGE MANDALIOS, Respondent, v. SHEFFIELD FARMS Co., INC., Appellant.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Carswell, Davis, Johnston and Adel, JJ.

CHARLES MARINO, Appellant, v. ESKAY HOLDING CORPORATION, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Davis, Johnston and Adel, JJ.

STEPHEN H. MASON, Appellant, v. INCORPORATED VILLAGE OF MUNSEY PARK, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Davis, Johnston and Adel, JJ.

THE NATIONAL CITY BANK OF NEW YORK, Appellant, v. MICHAEL PILUSO and Another, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Lazansky, P. J., Davis, Johnston and Adel, JJ., concur; Carswell, J., not voting.